1062

[No. 15776-8-III.    Division Three.    September 18, 1997.]

GARY L. GIBSON, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-2-00989-0, Kenneth L. Jorgensen, J., entered March 15, 1996. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Kurtz, J., Sweeney, C.J., dissenting.

[Nos. 16832-4-II; 16833-2-II;    Division Two.    September 19, 1997.]
         18871-6-II; 19048-6-II.

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE JAYSON YOUNGBLOOD, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST ALLEN BAILEY, *Appellant*.

Appeals from judgments of the Superior Court for Kitsap County, Nos. 92-1-00021-9, 91-1-00823-8, Leonard W. Kruse, J., entered January 8, 1993, October 25 and December 23, 1994. *Affimed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 19202-1-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND WAYNE ALLMON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00284-8, Thomas L. Lodge, J., entered February 22, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.